UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-30-T-30AEP

HAROLD LEE CURRIE, JR.

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves (Doc. 43) pursuant to 18 U.S.C. § 2253, and Federal Rule of Criminal Procedure 32.2(b)(2), for a preliminary order of forfeiture for the following assets:

a. A Samsung laptop computer, Model: NP365E5C-S05US, Serial Number: J9CS98FCBC32JGD; and

b. A Black ZTE mobile telephone, Model: 2930L, Serial Number: 322442052299.

The defendant pleaded guilty and the Court adjudged the defendant guilty of transporting child pornography using a means and facility of interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(1), as charged in Count One of the Indictment.

Being fully advised of the relevant facts, the Court finds that the assets identified above were used to commit the offense charged in Count One of the Indictment.

Accordingly, it is **ORDERED** that the motion (Doc. 43) of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 33, p. 10), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**DONE** and **ORDERED** in Tampa, Florida, on April 5, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

S:\Even\2016\16-cr-30 prelim order forfeit.docx